UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FILED E-FILED
Thursday, 21 June, 2007 03:59:20 PM
Clerk, U.S. District Court, ILCD

JUN 20 2007
@ 10:55 a.m.
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

George Ellis Simmons )
Plaintiff )
)
vs. )  Case No. 07-1161
)
Dr. Fransis Kayira, Physician )
Graham Correctional Center. )
Mrs. Jan Miller, Healthcare Admin )
Graham Correctional Center, )
Defendant(s) )
Sued in thier individual and official
Capacities.

# COMPLAINT

☑ 42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐ 28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☑ Other  42 U.S.C. §12132 (Title II American With Disabilities Act)

*Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.*

Now comes the plaintiff, George Ellis Simmons A-25144, and states as follows:

My current address is: Graham Correctional Center P.O. Box 499 Hillsboro, IL. 62049

The defendant Fransis Kayira, is employed as Physician at Graham Correctional Center

The defendant Jan Miller, is employed as Healthcare Administrator at Graham Correctional Center

The defendant _____, is employed as _____ at _____

The defendant _____, is employed as _____ at _____

(revised 9/96)

The defendant _____, is employed as _____

_____ at _____

Additional defendants and addresses _____

_____

_____

_____

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

## LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?        Yes ☐        No ☑

If yes, please describe _____

_____

B. Have you brought any other lawsuits in state or federal court while incarcerated?

Yes ☑        No ☐

C. If your answer to B is yes, how many? __1__ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

    1. Parties to previous lawsuit:    "SEE ATTACHED"

        Plaintiff(s) _____

        Defendant(s) _____

    2. Court (if federal court, give name of district; if state court, give name of county)

_____

    3. Docket Number/Judge _____

2

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: George Simmons v Ghent et al No 200CF63

B. Approximate date of filing lawsuit: 1995

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: None

D. List all defendants: Information unavailable

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Federal Court (Northern District - Illinois)

F. Name of judge to whom case was assigned: _____

G. Basic claim made: Violation of Constitutional Rights to Constitutionally required hearings.

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Dismissed in part, Settled in part.

I. Approximate date of disposition: June 1997

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

4. Basic claim made _____

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing of lawsuit_____

7. Approximate date of disposition _____

For additional cases, provide the above information in the same format on a separate page.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?   Yes ☑   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?   Yes ☑   No ☐
Against Jan Miller.
If your answer is no, explain why not  Americans With Disabilities Act does not require exhaustion of Administrative Remedies.

C. Is the grievance process completed?   Yes ☐   No ☑

*PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.*

## STATEMENT OF CLAIM

Place of the occurrence  Graham Correctional Center

Date of the occurrence  October, 2006 to Present.

Witnesses to the occurrence _____

*State here briefly the FACTS that support your case. Describe how EACH defendant is involved.*
*Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*
   THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.

1). Between October 17, 2006, and November 22, 2006, plaintiff volunteered and was tested on five (5) different occasions for H.I.V (Human Immunodeficiency Virus, believed to cause A.I.D.S).

2). The October 17, 2006 examination revealed that plaintiff was infected with Hepatitis C, and H.I.V.

3). On October 31, 2006, defendant KAYIRA informed plaintiff of the fact that he was H.I.V. positive, and started plaintiff on the medication Sulfamethoxazole (Generic for Bactrim).

4). On November 27, 2006, defendant KAYIRA started plaintiff on the medication ATRIPLA.

5). On November 30, 2006, defendant KAYIRA informed plaintiff of the fact that he was infected with A.I.D.S not H.I.V. because his CD-4 count was below 200, and Viral Load was 64,900.

6). On December 15, 2006, plaintiff submitted the first of several request to Mrs. Davidson, Medical Records Assistant (who's supervisor is Jan Miller) for medical records requesting both test and lab results from each test

4

administered.

7). The October 17, 2006, examination revealed that further test should be conducted so as to eliminate the posibility of mislabeling and/or contamination, and was inconclusive with regard to H.I.V.

8). On Febuary 28, 2007, plaintiff recieved the test and lab results of the October 17, 2006 examination, which consisted of three (3) pages of information in which Mr Greg Chedfec, Medical Director of the Unviersity of Illinois explained in detail, the results of this examination.

9). The remainig six (6) pages of information recieved from defendant Miller on October 28, 2007, and which was representative of all the other test canducted at this point, consisted of six (6) pages of abbreviated information that only trained medical personell could understand.

10). On March 12, 2007, plaintiff requested that the additional six (6) pages of information recieved from defendant Miller in place of test and lab results, be interpreted for him, and was informed by Mary Johnson, Nurse that defendant Kayira is responsible for honoring this request.

11). Defendant Kayira has failed and/or refused to respond to plaintiff's request to have this information interpreted for him, and is in violation

5

of plaintiff's constitutional right to make informed decisions about serious medical needs and/or treatment.

12). On or about April 4, 2007, plaintiff was asked by Defendant Kayira to allow nurses to take blood for another bloodtest (which he did), and to submitt to a biopsy (which he refused).

13). On April 5, 2007, plaintiff requested the test and lab results of the April 4, 2007, from defendant Miller (who has failed to respond to plaintiff's request).

14). On April 5, 2007, and again on April 26, 2007, plaintiff requested an interview with defendant Kayira to discuss medication this defendant had prescribed (because plaintiff's research of the medication "Sulfamethoxazole" was not to be taken if the medical condition - Hepatitis exists), and plaintiff's requests is being ignored, again in violation of plaintiff's constitutional rights to both make informed decisions about serious medical needs and to ~~receive~~ recieve adequate treatment.

15). On October 17, 2006; January 17, 2007; and April 19, 2007 plaintiff was interviewed by defendant Kayira to discuss plaintiff's progress regarding his treatment for A.I.D.S.

16). The April 19, 2007 interview took place after plaintiff's April 5, 2007, and at that interview defendant Kayira refused to address plaintiff's inquiries regarding medications

this defendant had prescribed, in violation of plaintiff's 8 amendment rights.

17). Between December 15, 2006, and May 2, 2007, plaintiff submitted eight (8) request asking defendant Miller or her subordinate (Mary Davidson, Medical Records Assistant to provide him with his own medical records, and has continued to be denied this request (with the exception of the test and lab results of October 17, 2006.

18). On June 7, 2007 plaintiff submitted a request to defendant Miller requesting test and labs results of June 5, 2007 bloodtest which has also been ignored.

19). These defendants has exhibited "deliberate indifference" towards plaintiff's medical needs and treatment thus inflicting cruel and unusal punishment upon him in violation of the 8 Amend. of the Constitution.

20). These defendants has and continue to exhibit "deliberate indifference" towards plaintiff's medical needs by permitting the constitutional abuses to continue unchecked.

21). Defendant Miller has exhibited "deliberate indifference" towards plaintiff's medical needs by continually permitting the plaintiff to arrive at the hospital without Proper medical records.

Revised: 7/20/05

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

1). Induction preventing defendants from engaging in practices which affects the future health of plaintiff.

2). Compensatory, and Punitive Damages

**JURY DEMAND**     Yes ☑     No ☐

Signed this 13th day of June, 2007.

*George Simmons*
( Signature of Plaintiff)

| Name of Plaintiff: George Ellis Simmons | Inmate Identification Number: A-25144 |
|---|---|
| Address: P.O. BOX 499 GRAHAM CORRECTIONAL CENTER HILLSBORO, ILLINOIS 62049 | Telephone Number: |