E-FILED
Thursday, 21 June, 2007  04:04:21 PM
Clerk, U.S. District Court, ILCD

FILED
JUN 2 0 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

George Ellis Simmons )
_____ )
                      )
    Plaintiff,        )
                      )
    vs.               )   Case No. 07-1161
                      )   (Supplied by Clerk)
Fransis Kayira       )
                      )
Jan Miller            )
                      )
    Defendant(s).     )

### PETITION AND AFFIDAVIT FOR LEAVE TO PROCEED IN FORMA PAUPERIS

I, George Ellis Simmons, plaintiff or petitioner, move the court for leave to proceed *in forma pauperis* in the above-named action. I declare under penalty of perjury that the following facts are true:

1. I am the party initiating this action and I believe I am entitled to redress.

2. I am unable to prepay the fees and costs of this proceeding, or to give security, because of my poverty.

3. I am (check one) Single ___ Married ___ Separated ✓ Divorced ___

4. My responses to the following questions are true:

A. Are you presently employed in any capacity including a paying position while incarcerated as an inmate in a correctional center?
Yes ( )   No ( ✓ )

B. If so, by whom, what is your position, and what is your pay? _____

C. If not, when were you last employed and what was your pay? This includes prior inmate positions?
_____
_____

1

D. Have you received money from any other source, including judgments, in the last 12 months? Yes ( ✓ )  No (  )  If yes, describe each source and state how much you received.
Family and Friends

E. If you are presently incarcerated, how much money do you have in your institutional trust fund account? See Attached

F. If withdrawals were made from your institutional trust fund account during the past 12 months, please explain when, how much, and the purpose for which funds were used.

G. How much money do you have in private checking or saving accounts?
None

H. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, including audio visual equipment such as T.V.s, stereos, etc. (except for ordinary household furniture and clothing)? Yes (  ) No ( ✓ )

If yes, describe the property and its approximate value:

I. Do you have any debts or obligations? Yes ( ✓ ) No (  )

If yes, list the amount owed, to whom, and any current payments that you are making.
Child Support (LaSalle County)

J. List your dependents, state your relationship to them, and state how much you contribute to their support each month. Also, state how long you have contributed to that support and other means by which your dependents receive support.
Christina Simmons - Daughter

K.  Estimate the total amount of income or support that your dependents receive per month on an average, excluding your contributes to them.

---

I declare under penalty of perjury and fine that the foregoing is true and correct and that I have a continuing duty to advise the court of any changes in my financial position as stated above.

Print Name — /s/ *George Ellis Simmons*
George Ellis Simmons
Box 499, Register No. A-25144
Graham Correctional Center
Hillsboro, Illinois 62049

DATE: June 13, 2007

CERTIFICATE

(To be complete for prisoners only. This is a statement by the prison and not the prisoner.)

I hereby certify that inmate George Ellis Simmons, Register Number A-25144, the plaintiff or petitioner in this action has the sum of $ 1.29 in his trust account at the Graham Correctional Center where he is confined. I further certify that this inmate has the following securities to his credit according to the records of this institution:

_____
_____
_____
_____
_____
_____

*Vester Stewart*
(Authorized Officer)

*Business Administrator*
(Title)

Graham Correctional Center

DATE: 6/8/07

IMPORTANT

(THIS CERTIFICATE MUST BE ACCOMPANIED BY A TWELVE (12) MONTH LEDGER OF THE ABOVE INMATE'S TRUST FUND ACCOUNT.)

U.S. District Court
Central District of Illinois

4

Date: 6/8/2007
Time: 12:16pm
d_list_inmate_trans_statement_composite

1:07-cv-01161-HAB-JAG    # 2    Page 5 of 6

Graham Correctional Center
Trust Fund
View Transactions

Page 1

**Inmate:** A25144 Simmons, George    **Housing Unit:** GRA-10-C-14

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 0.00 |
| 10/24/06 | Mail Room | 04 Intake and Transfers In | 297235 | 131148 | Stateville C.C. | 10.51 | 10.51 |
| 11/02/06 | Point of Sale | 60 Commissary | 306766 | 469747 | Commissary | -4.35 | 6.16 |
| 11/09/06 | Payroll | 20 Payroll Adjustment | 313102 | | P/R month of 10/2006 | 6.46 | 12.62 |
| 11/16/06 | Point of Sale | 60 Commissary | 320766 | 471222 | Commissary | -6.59 | 6.03 |
| 11/17/06 | Disbursements | 90 Medical Co-Pay | 321335 | Chk #53602 | 102406 90-99, DOC: 523 Fund Re, Inv. Date: 10/23/2006 | -2.00 | 4.03 |
| 11/17/06 | Disbursements | 81 Legal Postage | 321335 | Chk #53603 | 103006 81-52, Inmate Benefit F, Inv. Date: 10/30/2006 | -2.13 | 1.90 |
| 11/17/06 | Disbursements | 84 Library | 321335 | Chk #53604 | 102606 84-2, DOC: 523 Fund Lib, Inv. Date: 10/26/2006 | -1.65 | .25 |
| 12/06/06 | Mail Room | 01 MO/Checks (Not Held) | 340216 | 2085299 | Johnson, Audrie | 25.00 | 25.25 |
| 12/13/06 | Point of Sale | 60 Commissary | 347766 | 474168 | Commissary | -24.00 | 1.25 |
| 12/15/06 | Payroll | 20 Payroll Adjustment | 349102 | | P/R month of 11/2006 | 9.18 | 10.43 |
| 12/18/06 | Disbursements | 81 Legal Postage | 352335 | Chk #53826 | 12406 81-52, Inmate Benefit Fu, Inv. Date: 12/04/2006 | -.63 | 9.80 |
| 12/22/06 | Point of Sale | 60 Commissary | 356765 | 475748 | Commissary | -8.24 | 1.56 |
| 01/03/07 | Disbursements | 81 Legal Postage | 003335 | Chk #53965 | 81-52, Inmate Benefit Fund,  Inv. Date: 12/22/2006 | -.52 | 1.04 |
| 01/03/07 | Disbursements | 81 Legal Postage | 003335 | Chk #53965 | 81-52, Inmate Benefit Fund,  Inv. Date: 12/22/2006 | -.52 | .52 |
| 01/03/07 | Disbursements | 81 Legal Postage | 003335 | Chk #53965 | 81-52, Inmate Benefit Fund,  Inv. Date: 12/22/2006 | -.52 | -.00 |
| 01/12/07 | Payroll | 20 Payroll Adjustment | 012102 | | P/R month of 12/2006 | 9.18 | 9.18 |
| 01/18/07 | Point of Sale | 60 Commissary | 018765 | 478615 | Commissary | -5.49 | 3.69 |
| 01/19/07 | Disbursements | 81 Legal Postage | 019335 | Chk #54131 | 122606 81-52, Inmate Benefit F, Inv. Date: 12/26/2006 | -.52 | 3.17 |
| 01/29/07 | Mail Room | 01 MO/Checks (Not Held) | 029276 | 08492899823 | Simmons, Mattie | 50.00 | 53.17 |
| 02/01/07 | Point of Sale | 60 Commissary | 032766 | 480220 | Commissary | -39.46 | 13.71 |
| 02/08/07 | Disbursements | 90 Medical Co-Pay | 039335 | Chk #54255 | 02/02/07 90-99, DOC: 523 Fund, Inv. Date: 02/02/2007 | -2.00 | 11.71 |
| 02/08/07 | Payroll | 20 Payroll Adjustment | 039102 | | P/R month of 01/2007 | 10.00 | 21.71 |
| 02/15/07 | Point of Sale | 60 Commissary | 046713 | 482189 | Commissary | -12.62 | 9.09 |
| 02/15/07 | Disbursements | 80 Postage | 046335 | Chk #54332 | 02/15/07 80-52, Inmate Benefit,  Inv. Date: 02/15/2007 | -7.10 | 1.99 |
| 02/23/07 | Mail Room | 01 MO/Checks (Not Held) | 054216 | 493004 | Simmons, Mattie | 40.00 | 41.99 |
| 02/23/07 | Mail Room | 01 MO/Checks (Not Held) | 054216 | 10800142053 | Simmons, Carlos | 25.00 | 66.99 |
| 02/28/07 | Disbursements | 80 Postage | 059335 | Chk #54432 | 02/15/07 80-52, Inmate Benefit,  Inv. Date: 02/15/2007 | -.52 | 66.47 |
| 02/28/07 | Disbursements | 80 Postage | 059335 | Chk #54432 | 02/15/07 80-52, Inmate Benefit,  Inv. Date: 02/15/2007 | -.63 | 65.84 |
| 02/28/07 | Disbursements | 90 Medical Co-Pay | 059335 | Chk #54434 | 02/20/07 90-99, DOC: 523 Fund, Inv. Date: 02/20/2007 | -2.00 | 63.84 |
| 03/02/07 | Point of Sale | 60 Commissary | 061766 | 484002 | Commissary | -42.75 | 21.09 |
| 03/08/07 | Point of Sale | 60 Commissary | 067766 | 484542 | Commissary | -19.15 | 1.94 |
| 03/14/07 | Disbursements | 83 Copies | 073335 | Chk #54518 | 03/07/07 83-99, DOC: 523 Fund, Inv. Date: 03/07/2007 | -1.50 | .44 |
| 03/15/07 | Payroll | 20 Payroll Adjustment | 074102 | | P/R month of 02/2007 | 10.00 | 10.44 |
| 03/22/07 | Point of Sale | 60 Commissary | 081765 | 486544 | Commissary | -8.09 | 2.35 |
| 03/22/07 | Disbursements | 90 Medical Co-Pay | 081335 | Chk #54622 | 03/12/07 90-99, DOC: 523 Fund, Inv. Date: 03/12/2007 | -2.00 | .35 |
| 04/12/07 | Mail Room | 01 MO/Checks (Not Held) | 102216 | 315344 | Darek, Lebensztejn | 35.00 | 35.35 |
| 04/12/07 | Payroll | 20 Payroll Adjustment | 102102 | | P/R month of 03/2007 | 10.00 | 45.35 |
| 04/13/07 | Disbursements | 90 Medical Co-Pay | 103335 | Chk #54791 | 04/10/07 90-99, DOC: 523 Fund, Inv. Date: 04/10/2007 | -2.00 | 43.35 |
| 04/19/07 | Point of Sale | 60 Commissary | 109766 | 490204 | Commissary | -39.55 | 3.80 |
| 04/25/07 | Point of Sale | 60 Commissary | 115713 | 491122 | Commissary | -2.64 | 1.16 |
| 05/03/07 | Disbursements | 84 Library | 123335 | Chk #54962 | 041707 84-2, DOC - Library Cop, Inv. Date: 04/17/2007 | -.90 | .26 |

**Inmate:** A25144 Simmons, George  **Housing Unit:** GRA-10-C -14

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 05/10/07 | Payroll | 20 Payroll Adjustment | 130102 | | P/R month of 04/2007 | 10.00 | 10.26 |
| 05/14/07 | Mail Room | 01 MO/Checks (Not Held) | 134216 | 181796 | Lebensztejn, Darek | 10.00 | 20.26 |
| 05/17/07 | Point of Sale | 60 Commissary | 137713 | 493536 | Commissary | -17.10 | 3.16 |
| 05/22/07 | Disbursements | 90 Medical Co-Pay | 142335 | Chk #55058 | 05/02/07 90-99, DOC: 523 Fund, Inv. Date: 05/02/2007 | -2.00 | 1.16 |
| 05/22/07 | Disbursements | 81 Legal Postage | 142335 | Chk #55059 | 051107 81-52, Inmate Benefit F, Inv. Date: 05/11/2007 | -.87 | .29 |

|  |  |
|---:|---:|
| Total Inmate Funds: | .29 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | .29 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |