FILED E-FILED
Thursday, 21 June, 2007 04:06:07 PM
Clerk, U.S. District Court, ILCD

JUN 21 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

George Ellis Simmons
Plaintiff(s)

v.

Fransis Kayira; Jan Miller
Defendant(s)

Case Number: 07-1161

Judge _____

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, George Ellis Simmons, declare that I am the (check appropriate box)
   ☒ plaintiff  ☐ defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

3. In further support of my motion, I declare that (check appropriate box):

   ☒ I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   ☐ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   ☒ I have attached an original Application to Proceed In Forma Pauperis in the proceeding detailing my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

See Attached

/s/ George Simmons
Box 499, Reg.No. A-25144
Graham Correctional Center
Hillsboro, IL 62049

Date: June 13, 2007

**LAW OFFICES OF**
# PAUL E. GAZIANO

311 SEVENTH STREET
ROCKFORD, ILLINOIS 61104

TELEPHONE: (815) 964-7933
FAX: (815) 964-6189

December 8, 2006


George Simmons
A-25144
Graham Correctional Center
P.O. Box 499
Hillsboro, IL  62049


Dear Mr. Simmons:

    Thank you for your letter of November 26, 2006.  I am not in a position to take on a potential federal civil rights action on your behalf.  I do wish you the best of luck.

                                Very truly yours,
                               s/Paul E Gaziano

                               PAUL E. GAZIANO

PEG:pv

Enclosure

Bus: (815) 963-3666
Fax: (815) 963-3671

# WILLIAM R. BEU

Attorney at Law

401 W. State Street, Suite 509
Rockford, Illinois  61101
E-Mail: billbeu@tds.net

November 21, 2006

Mr. George Simmons
#A-25144
Graham Correctional Center
Box 499
Hillsboro, IL 62049

Dear Mr. Simmons:

At your request I am enclosing a copy of your letter to me dated November 13, 2006.  When I responded to you earlier that I no longer handle criminal cases I apparently did not specifically include the information that my practice for several years is now limited solely to handling claims for Social Security disability benefits.  Accordingly, I do not handle legal disputes of the sort you have described in your letter.

I am not directly aware of any attorneys to whom I could refer you that clearly do handle such cases. The only recommendation I can make to you is that you contact Attorney Paul Gaziano, 311 7th Street, Rockford, Illinois, 61104. Attorney Gaziano is an active criminal defense attorney, and I also know that he does occasionally handle civil suits on behalf of individuals who have claims for mistreatment against police agencies or prison authorities.  If Attorney Gaziano does not feel he is in a position to be of assistance to you at this time, he is undoubtedly better situated than I to make a more specific referral.

Best wishes.

Very truly yours,

s/William R. Beu

WILLIAM R. BEU
WRB/kh