

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

June 27, 2007

George Ellis Simmons, A25144
Graham Correctional Center
P O Box 499
Hillsboro, IL  62049

RE: Simmons V. Kayira, et al.
CASE NO. IN Peoria:  07-1161
CASE NO. IN Springfield Division:  07-3168

Dear Mr. Simmons:

    Pursuant to an Order of the Court, the above case has been transferred to the Springfield Division of the Central District of Illinois. All future pleadings should be filed with the Clerk in Springfield at the below address and should indicate the Springfield Civil Case Number only.

    When filing pleadings, please send an original and a copy of each pleading, if you wish to have a file-stamped copy returned to you.

Very truly yours,

s/John M. Waters

JOHN M. WATERS, CLERK
U.S. DISTRICT COURT

JMW/msl